UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            CASE NO. 6:04-cr-41-Orl-19KRS

KENDALL FURLOW,

    Defendant.

_____

## ORDER

This case is before the Court on the following motion:

**MOTION**:   Defendant's Motion for Copying All Transcripts
                 (Doc. No. 74, filed March 20, 2006).

Thereon it is **ORDERED** that the motion is **GRANTED** in part. Within eleven (11) days from the date of this Order, the Government shall serve on Defendant a copy of the plea and sentencing transcripts. *See* Doc. Nos. 72 and 73. Within twenty (20) days from the date of this Order, Defendant may file in his pending section 2255 proceedings, *see* case number 6:05-cv-1193-Orl-19KRS, a supplemental reply to the Government's response.

**DONE AND ORDERED** in Chambers at Orlando, Florida this  25th   day of May, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 5/25
Kendall Furlow
Counsel of Record